*In re* Elba Nilsa Villalba Ojeda.

*Número:* TS-9,463          *Resuelto:* 18 de febrero de 2016

**Carmen I. Navas**, procuradora del abogado y abogada, del Colegio de Abogados y Abogadas de Puerto Rico, y **Gregorio Lima Quiñones**, abogados de la peticionaria.

## RESOLUCIÓN

Evaluada la Solicitud de Reinstalación Cumplida la Suspensión Impuesta, presentada por la Sra. Elba N. Vi-

llalba Ojeda por conducto de la Lcda. Carmen I. Navas, procuradora del abogado y abogada del Colegio de Abogados de Puerto Rico, *se provee "ha lugar"*.

Por otra parte, se ordena la reactivación de las quejas AB-2011-90 y AB-2014-262 que penden contra la abogada Villalba Ojeda. Con relación a la queja AB-2011-90, se le ordena a la abogada Villalba Ojeda que nos informe, dentro de un término de diez días contados a partir de la notificación de esta Resolución, el estado de los procedimientos ante el Tribunal de Primera Instancia referentes al caso que dio origen a esta queja.

Asimismo, se le ordena a la abogada Villalba Ojeda que conteste la queja AB-2014-262, dentro de un término de diez días contados a partir de la notificación de esta Resolución, según ordenamos en ocasiones anteriores.

Se le apercibe, además, a la abogada Villalba Ojeda que su incumplimiento con esta orden podrá acarrear sanciones disciplinarias severas, incluyendo la suspensión indefinida de la profesión de la abogacía.

*Notifíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

> (*Fdo.*) Aida Ileana Oquendo Graulau
> *Secretaria del Tribunal Supremo*